# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUL 20 PM 12: 57

OFFICE OF THE CLERK

| | | |
|---|---|---|
| EDWARD J. SMITH, <br> Plaintiff | ) <br> ) <br> ) | Case Number: 8:05 CV 81 |
| v. | ) <br> ) <br> ) | **CONSENT TO EXERCISE** <br> **OF JURISDICTION BY A** |
| NEBRASKA WAREHOUSES COMPANY, <br> Defendant | ) <br> ) <br> ) | **UNITED STATES MAGISTRATE JUDGE** <br> **AND** <br> **ORDER OF REFERENCE** |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Defendant | 7/19/05 |
| Edward J. Smith [signature] | For Plaintiff (pro se) | 7-19-05 |
| | For | |
| | For | |
| | For | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable F.A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

7/20/05
Date

[signature]
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**