# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD J. SMITH,              )<br>                                          )<br>            Plaintiff,          )<br>                                          )        8:05CV81<br>vs.                                      )<br>                                          )        ORDER<br>NEBRASKA WAREHOUSES   )<br>COMPANY,                        )<br>                                          )<br>            Defendant.        ) | |

Noting the appearance of counsel for the plaintiff,

**IT IS ORDERED** that paragraph 8 of the ORDER SETTING SCHEDULE FOR INITIAL PROGRESSION OF A CIVIL CASE (#11) is amended to provide that the plaintiff may appear through counsel at the planning conference now set for Monday, November 14, 2005, at 10:00 a.m.  The other provisions of the order remain in effect.

**DATED August 26, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**