IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD J. SMITH,  )<br>  )<br>   Plaintiff,  )<br>  )<br> vs.  )<br>  )<br> NEBRASKA WAREHOUSE  )<br> COMPANY,  )<br>  )<br>   Defendant.  ) | 8:05cv81<br><br>ORDER AMENDING HEARING<br>DATE |

This matter is before the court on its own motion. After consulting by telephone conference with counsel and the plaintiff, the court's Order (#17) setting counsel's motion (#16) for hearing, is hereby amended only as to the time of the hearing. Therefore,

**IT IS ORDERED:**

1. The hearing on counsel's Motion to Withdraw (#16) is rescheduled to **11:30 A.M., on Friday, September 30, 2005,** before the undersigned magistrate judge, Courtroom 6, 2nd Floor of the Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 27th day of September 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge