IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD J. SMITH,<br><br>          Plaintiff,<br><br>vs.<br><br>NEBRASKA WAREHOUSE COMPANY,<br><br>          Defendant. | Case No. 8:05cv81<br><br>ORDER |

This case is before the court on the plaintiff's unopposed Motion to Withdraw as Attorney (#16). Edward J. Smith the plaintiff, and his attorney James E. Mitchell were present, as was counsel for the defendant, Robert F. Rossiter, Jr. Hearing was held and the plaintiff's attorney, James E. Mitchell, was granted leave to withdraw. The plaintiff, Edward J. Smith, orally moved the court for a continuance to retain new counsel. The court granted the motion, stayed all current deadlines, but allowed discovery to continue. The court set a status conference for **January 17, 2006 at 10:00 a.m.**, and continued the November 14, 2005 planning conference to a date to be determined.

**IT IS SO ORDERED,** this 30th day of September 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge