## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD J. SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NEBRASKA WAREHOUSES ) <br> COMPANY, ) <br> ) <br> Defendant. ) | 8:05CV81 <br><br> ORDER TO SHOW CAUSE |

The records of the court show that on January 17, 2006, a letter (filing #29) was sent to attorney Sean Bradley from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and pay the 2006 attorney annual assessment fee, as required by NEGenR 1.7(h).

As of March 29, 2006, the attorney has not complied with these requests.

**IT IS ORDERED** that, on or before **April 18, 2006**, attorney Sean Bradley shall either register for the System and pay the annual assessment or show cause by written affidavit why he cannot comply with the rules of the court.

**DATED March 29, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**