## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD J. SMITH,  )<br>  )<br>　　　　Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>NEBRASKA WAREHOUSES  )<br>COMPANY,  )<br>  )<br>　　　　Defendant.  ) | 8:05CV81<br><br>ORDER SETTING<br>SHOW CAUSE HEARING |

　　　　The records of the court show that on January 17, 2006, a letter (filing #29) was sent to attorney Sean Bradley from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and pay the 2006 attorney annual assessment fee, as required by NEGenR 1.7(h). Because Mr. Bradley did not comply with those requests, I entered an Order to Show Cause requiring Mr. Bradley to register for the System and pay the annual assessment by April 18, 2006, or show cause by written affidavit why he could not comply with the rules of the court.

　　　　Mr. Bradley has not responded to the Order to Show Cause. Nor do the records of the court show that he has yet registered for the CM/ECF System or paid the annual assessment fee.

　　　　**IT THEREFORE IS ORDERED:**

　　　　1. Attorney Sean Bradley shall personally appear before the undersigned magistrate judge on **June 1, 2006 at 11:00 a.m.** in Courtroom No. 6, second floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska to explain why he has not registered for the CM/ECF System or paid the annual assessment fee as previously ordered.

　　　　2. The hearing will be cancelled if Mr. Bradley registers for the System and pays the annual assessment fee before the close of business (4:30 PM) on May 31, 2006.

　　　　**DATED May 16, 2006.**

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**