IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD J. SMITH,           )<br>                            )<br>        Plaintiff,         )<br>                            )<br>vs.                         )<br>                            )<br>NEBRASKA WAREHOUSES COMPANY,)<br>                            )<br>        Defendant.          ) | 8:05CV81<br><br>ORDER |

This matter is before the magistrate judge pursuant to 28 U.S.C. § 636 and the consent of the parties on plaintiff's pro se response [45] to the Order to Show Cause [43], which was filed and served on June 1, 2006. The order was mailed from chambers to the plaintiff and to his attorney, Sean C. Bradley. *See* Notice [44]. The item mailed to Mr. Bradley was not returned to the court undelivered.

Plaintiff's response advises that he has been unable to locate Mr. Bradley despite making personal visits to his last known address, telephone calls to a disconnected number, and contact by mail.

Under these circumstances, the case will not be dismissed as a sanction for failure to prosecute. The court will conduct a status conference with plaintiff and defense counsel on **July 6, 2006 at 9:30 a.m.** for the purposes of discussing plaintiff's further representation by counsel, any outstanding discovery issues, and setting a trial schedule.

In light of Mr. Bradley's unexplained absence, plaintiff may personally confer with defense counsel, and defense counsel may contact the plaintiff personally, should they wish to discuss a settlement of this matter.

**IT IS ORDERED:**

1. A status conference will be held on **July 6, 2006 at 9:30 a.m.** in Courtroom No. 6, second floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska for the purposes of discussing plaintiff's further representation by counsel, any outstanding discovery issues and setting a trial schedule.

2. Plaintiff may personally confer with defense counsel, and defense counsel may contact the plaintiff personally, should they wish to discuss a settlement of this matter.

3. The final pretrial conference now set for July 20, 2006 and jury trial now set for July 26, 2006 are hereby cancelled and will be rescheduled, if necessary, at the time of the July 6, 2006 status conference.

**DATED June 16, 2006.**

                          **BY THE COURT:**

                          **s/ F.A. Gossett**
                          **United States Magistrate Judge**