IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD J. SMITH, | ) | Case No. 8:05cv81 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| NEBRASKA WAREHOUSES COMPANY, | ) | |
| Defendant. | ) | |

This matter came before the court for a status conference. Plaintiff appeared with counsel Sean Bradley and Robert Rossiter appeared for defendant. Upon notice of settlement given to the magistrate judge by counsel,

**IT IS ORDERED:**

1. On or before **August 7, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated: July 6, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge