IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD J. SMITH, | ) | |
| Plaintiff, | ) | 8:05CV81 |
| vs. | ) | **ORDER OF DISMISSAL** |
| NEBRASKA WAREHOUSE COMPANY, | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Stipulation of the parties for dismissal of this matter pursuant to Fed. R. Civ. P. 41 (Filing 50). In consideration of the Stipulation,

IT IS HEREBY ORDERED:

1. The Stipulation [50] is granted.

2. The above-captioned matter is dismissed, with prejudice, each party to bear their own costs.

3. The Court's Order of April 18, 2006 [40] is vacated.

DATED August 15, 2006.

                                              BY THE COURT:

                                              s/ F.A. Gossett
                                              United States Magistrate Judge